# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**ANIBAL MENDEZ-HERNANDEZ,**
Plaintiff,

**CRIMINAL NO.:   99-161(DRD)**
**CIVIL NO.:   04-1233(DRD)**

**v.**

**UNITED STATES OF AMERICA,**
Defendants

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/15/05<br>[X] **Pet.**          [ ] **Resp.**<br>[ ] **Other**<br><br>**Title:** MOTION TO DISMISS<br><br>**(Docket No. 10)** | **GRANTED**. Petitioner in the instant case has filed a request to dismiss his section 2255 petition in light of the Supreme Court holding in <u>United States v. Booker</u>, 125 S.Ct. 738, 160 L.Ed.2d 621, and <u>United States v. Ducan Fanfan</u>, slip op. of January 12, 2005. Accordingly, the Court hereby **GRANTS** petitioner's request and **DISMISSES** his petition for relief under 28 U.S.C. sec. 2255.<br><br>Judgment shall be issued accordingly. |

**Date**:   August 16, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**